UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEQUAN ALAN KEMP,

Petitioner,

Case No. 20-cv-12614
Honorable Linda V. Parker

v.

KIM CARGOR,

Respondent.
______________________________/

**OPINION AND ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

Petitioner Dequan Alan Kemp, a Michigan Department of Corrections prisoner, filed a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenged his convictions following a jury trial in the Wayne County Circuit Court of first-degree murder and possession of a firearm during the commission of a felony, in violation of Mich. Comp. Laws §§ 750.316(1)(a) and 750.227b(1), respectively. The trial court sentenced Petitioner to life without parole for the murder conviction, as well as two years for the felony-firearm conviction.

On February 22, 2024, this Court issued an opinion and order concluding that Petitioner is not entitled to habeas relief. (ECF No. 9.) The Court issued a Judgment on the same date. (ECF No. 10.) Petitioner appealed, but because his

notice of appeal was untimely filed, the Sixth Circuit dismissed the appeal on April 28, 2025. (ECF No. 13.) The matter is now before the Court on Petitioner's "Motion for Reconsideration." (ECF No. 15.)

In the motion, however, Petitioner fails to articulate any new argument or evidence warranting relief from the Judgment. While this Court granted Petitioner a certificate of appealability as to Ground III of the Petition, where Petitioner challenged the sufficiency of the evidence to support his first-degree murder conviction, it did so only because it was a close issue. (*see* ECF No. 9 at PageID.1029.) The Court nevertheless did not find the state court's resolution of this ground objectively unreasonable (*see id*. at 1026-28), and Petitioner fails to present argument or evidence to convince the undersigned that he is entitled to relief from that conclusion.

Accordingly,

**IT IS ORDERED** that Petitioner's motion for reconsideration (ECF No. 15) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 18, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 18, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager